**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:16-cv-00392-AWI-EPG |
| Plaintiff, | **ORDER DISMISSING AND CLOSING CASE** |
| v. | |
| **STUART R. SCHOFIELD, D.M.D.,** | |
| Defendants. | |

The United States of America filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 13. Defendant has not filed an answer or motion for summary judgment. According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal without prejudice.

Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  June 9, 2016                                      _____
                                                                                      SENIOR  DISTRICT  JUDGE

1